# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **LINDA F. LOVELACE,** | : |
| **Plaintiff,** | : |
| **vs.** | :   **CA 08-0595-CG-C** |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social Security,** | : |
| | : |
| **Defendant.** | |

## ORDER

After due and proper consideration of all portions of  this file deemed relevant to the

issues raised, and there having been no objections filed, the recommendation of the Magistrate

Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 21, 2009 is **ADOPTED** as the

opinion of this Court.

**DONE and ORDERED** this 6th day of May, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE