IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LINDA F. LOVELACE,** | : | |
| Plaintiff, | : | |
| vs. | : | CA 08-0595-CG-C |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of Social Security,** | | |
| Defendant. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiffs' Motion for Attorney Fees (Doc. 22) be **GRANTED** and that Plaintiff is entitled to recover from Defendant a reasonable attorney's fee in the amount of $2,128.10 under the EAJA for legal services rendered by her attorney in this Court.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**